**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

          Plaintiff,

  v.

HANAI IBRAHIM,
          Defendant.

_____/

Nos. CR 01-0344 MHP

**ORDER**

**Re:** Petition for a Writ of Habeas Corpus

      Petitioner Hanai Ibrahim was sentenced by this court on November 22, 2004.  He has filed a petition for a writ of habeas corpus claiming that the plea agreement and execution of his sentence were inconsistent with representations made to him at the settlement conference.  Particularly, he argues that he was told he could participate in the Residential Drug Abuse Program (RDAP), which would entitle him to credits and a reduction to his period of incarceration.  However, because of the two level increase for possession of a firearm he did not qualify for the RDAP.

      Petitioner has served his sentence and has even completed his term of supervised release of one year.  He completed it satisfactorily and supervised release was terminated in June, 2008.  Therefore, his claim is moot.   Accordingly, the petition is DISMISSED for mootness.

      IT IS SO ORDERED.

Date: February 2, 2011

_____
MARILYN HALL PATEL
United States District Court Judge